UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH H. DUEHRING,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 20-10053

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S MAY 07, 2020 REPORT AND RECOMMENDATION [9]**

Pending before the Court is the magistrate judge's May 07, 2020 report and recommendation. (ECF No. 9.) The magistrate judge recommends that Plaintiff's case be dismissed under Federal Rule of Civil Procedure 41(b) and Easter District of Michigan Local Rule 41.2 because of Plaintiff's failure to prosecute his claims. The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party filed objections to the magistrate judge's report and recommendation. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D.Mich. Aug. 24, 2012) (citation omitted). The Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation in its entirety. And it is hereby **ORDERED** that Plaintiff's complaint is **DISMISSED** with prejudice.

    **SO ORDERED.**

s/Nancy G. Edmunds

      Nancy G. Edmunds
      United States District Judge

Dated: October 22, 2020

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 22, 2020, by electronic and/or ordinary mail.

      <u>s/Lisa Bartlett</u>
      Case Manager